Ira L. FRANK, Appellant

v.

Michael CHERTOFF, Secretary, U.S. Department of Homeland Security, Appellee.

No. 04–5160.

United States Court of Appeals, District of Columbia Circuit.

Dec. 5, 2005.

Ira L. Frank, Springfield, VA, pro se.

R. Craig Lawrence, Michael Joseph Ryan, Assistant U.S. Attorneys, Kenneth L. Wainstein, U.S. Attorney, Alan Burch, John Francis Henault, Jr., U.S. Attorney's Office, Washington, DC, for Appellee.

Before: HENDERSON, RANDOLPH, and BROWN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. It is

**ORDERED AND ADJUDGED** that the district court's order filed February 26, 2004, be affirmed. The district court correctly determined it lacked subject matter jurisdiction over appellant's Title VII claims.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.